UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 11-cr-83-01-JL

<u>Paul Wilson</u>

## O R D E R

  The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted; Final Pretrial is rescheduled to October 20, 2011 at 2:30; Trial is continued to the two-week period beginning November 1, 2011, 09:30. Leaving aside the court's concerns about the defendant only "recently" receiving discovery for a Sept. 7 trial and drawing no negative inferences about that, the court grants the motion, but cautions counsel that further continuances will not necessarily be forthcoming.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                 /s/ Joe Laplante
                 Joseph N. Laplante
                 United States District Judge

Date: August 5, 2011

cc: Peter D. Anderson, Esq.
   Mark S. Zuckerman, Esq.
   U.S. Marshal
   U.S. Probation