UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                 Criminal No. 11-cr-83-01-JL

<u>Paul Wilson</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted; Final Pretrial is rescheduled to December 19, 2011 at 11:00; Trial is continued to the two-week period beginning January 4, 2012, 09:30. No further continuances. The case should be ready for a trial or plea by the January date.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          /s/ Joe Laplante
                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date:  October 5, 2011

cc:  Peter D. Anderson, Esq.
     Mark S. Zuckerman, AUSA
     U.S. Marshal
     U.S. Probation